IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.     01-cr-00395-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAMES CLEAVER,

        Defendant.

**Minute Order Entered by Judge Richard P. Matsch:**


s/M.V. Wentz
 Secretary


    The Notice Requesting Termination of Electronic Service (Doc. #513) is granted.




Dated: March 30, 2005