IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Case No. 01-cr-00395-RPM

UNITED STATES OF AMERICA,

      Plaintiff / Respondent,

v.

1. JAMES FLOYD CLEAVER,

      Defendant / Movant.
_____

## ORDER TO ANSWER
_____

      Upon preliminary consideration of the motion filed by defendant James F. Cleaver pursuant to 28 U.S.C. §2255 on April 28, 2006, the Court has determined that under Rule 5 of the rules governing such motions the respondent should be required to answer, it is

      ORDERED that the respondent shall file answer to the motion on or before June 19, 2006.

      DATED: May 18th, 2006.

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior Judge