**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01433-RPM
Criminal Action No. 01-cr-00395-RPM

UNITED STATES OF AMERICA,

      Plaintiff/Respondent,

v.

JAMES FLOYD CLEAVER,

      Defendant/Movant.

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

Matsch, Senior Judge

      Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

      ORDERED that a certificate of appealability will not be issued.

      DATED at Denver, Colorado this 7th day of February, 2007.

      BY THE COURT:

      s/Richard P. Matsch

      SENIOR JUDGE, UNITED STATES DISTRICT
      COURT FOR THE DISTRICT OF COLORADO