IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Case No. 01-cr-00395-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAMES FLOYD CLEAVER,

   Defendant.
_____

ORDER DISMISSING MOTION FOR NEW TRIAL
_____

On November 20, 2007, James Floyd Cleaver filed a motion for new trial based upon newly discovered evidence, alleging a failure by the prosecutor to meet his *Brady* obligations in playing to the jury only a part of a tape recorded conversation between a witness at trial and Cleaver. On August 4, 2003, a jury found Cleaver guilty of four offenses and he was sentenced to 400 months in prison on November 25, 2003. The conviction and sentence were affirmed on direct appeal by an Order and Judgment entered by the Tenth Circuit Court of Appeals on December 6, 2005. Cleaver then filed a motion under 28 U.S.C. § 2255, which this Court denied on July 25, 2006. On May 30, 2007, the Court of Appeals denied Cleaver's request for a certificate of appealability and dismissed his petition. On review of the filings, it appears that the motion for a new trial amounts to a second or successive motion under Section 2255, and accordingly, under Sections 2255 and 2244(a)(3)(A) , Cleaver must file a motion with the Court of Appeals authorizing this Court to consider the application. It is

therefore

ORDERED that the motion for new trial is dismissed.

DATED: January 7th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge

CERTIFICATE OF MAILING

I certify that on January 7, 2008, I mailed a copy of the foregoing Order to the following:

James Floyd Cleaver
#30701-013
U. S. Penitentiary
P. O. Box 1000
Leavenworth, Kansas 66048

                                                GREGORY C. LANGHAM, Clerk

                                                     s/M. V. Wentz

                                        By_____
                                            Deputy